

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-13-00770-CR

Tiffany **NEMECEK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 355th District Court, Hood County, Texas
Trial Court No. CR12464
The Honorable Ralph H. Walton Jr., Judge Presiding

## O R D E R

Appellant's counsel has filed a motion to dismiss this appeal. However, the motion is not signed by the appellant. *See* TEX. R. APP. P. 42.2(a). We therefore DENY the motion.

Appellant's brief was due March 7, 2014. We ORDER appellant's attorney to file, on or before April 10, 2014, appellant's brief or a motion to dismiss that complies with Rule 42.2(a). If appellant's brief or a motion to dismiss is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2).

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

Keith E. Hottle
Clerk of Court